IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>2018 BUGATTI CHIRON (VIN#: VF9SP3V34JM795083)<br><br>   Defendant *In Rem*. | Civil No.: |

## UNITED STATES OF AMERICA'S MOTION TO RESTRICT

TO THE HONORABLE COURT:

COMES NOW, the United States files this Motion to Restrict in compliance with the Court's Standing Order No. 9, dated January 30, 2013, and requests that the Unsworn Declaration incorporated in the Verified Complaint for Forfeiture *In Rem* be filed Ex Parte, as it contains sensitive information that should remain confidential and under that restriction level until further order of the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 2nd day of August 2023.

W. Stephen Muldrow
United States Attorney

*/s/ Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney – 218011
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Myriam.Y.Fernandez@usdoj.gov