IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>2018 BUGATTI CHIRON VIN: VF9SP3V34JM795083,<br><br>Defendant *In Rem*. | CRIM. NO.: 23-1392 (SCC) |

**WARRANT OF ARREST IN REM ISSUED UNDER SUPPLEMENTAL RULE G(3)(B)(i)**

**TO:   Homeland Security Investigations (HIS) or any other Duly Authorized Law Enforcement Officer**

The United States of America filed a Verified Complaint for Forfeiture *In Rem* in the United States District Court for the District of Puerto Rico seeking forfeiture of a 2018 BUGATTI CHIRON VIN: VF9SP3V34JM795083.

The Defendant *In Rem* is in the possession, custody, and control of the United States.

In these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the arrest of the Defendant *In Rem*.

| USA v 22018 BUGATTI CHIRON | Page 2 |
|---|---|

Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it.

YOU ARE THEREFORE COMMANDED, pursuant to Supplemental Rule G(3)(b)(i) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, to seize the captioned Defendant *In Rem* and use discretion and whatever means appropriate to protect and maintain the property pending the outcome of this action.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

In San Juan, Puerto Rico, this 22nd day of August 2023.

ADA I. GARCIA-RIVERA, ESQ.
Clerk
United States District Court
for the District of Puerto Rico

By:
Deputy Clerk