## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **2018 BUGATTI CHIRON (VIN#: VF9SP3V34JM795083)**, <br><br> Defendants *in rem*. | **Civil No. 23-1392 (SCC)** |

### CLAIM TO DEFENDANT PROPERTY BY KEVIN THOBIAS

Claimant Kevin Thobias ("Claimant"), pursuant to Rule G(5)(a) of Supplemental Rules for Admiralty or Maritime Claims, hereby files a claim for the defendant property and states as follows:

### I. CLAIM

1. Claimant is the sole owner and designated officer of Golden Exotics, LLC, a Montana limited liability company ("Company").

2. Company is the true and lawful owner of the above-captioned 2018 BUGATTI CHIRON (VIN#: VF9SP3V34JM795083) ("Vehicle") that was seized on or about June 1, 2023, at the Port of Miami, Miami, Florida.

3. Claimant hereby contests forfeiture, demands restitution and makes a claim to the Vehicle.

### II. VERIFICATION

I, Kevin Thobias, pursuant to and with knowledge of the penalties for perjury provided by 28 U.S.C. §1746 do hereby declare under penalties of perjury that I have read the forgoing claim and such claim is true and accurate to the best of my knowledge and belief.

Executed on this 14th day of September of 2023.

_____
Kevin Thobias

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on September 14, 2023.

**WE HEREBY CERTIFY** that we electronically filed the instant claim using the CM/ECF System, which will send notification to all counsel of record.

*Counsel for Claimant:*

/s/ Jonathan Edderai
Jonathan Edderai
*Pro Hac Vice Pending*
Florida Bar No. 124350
Wolffers Cohen & Edderai, LLP
1132 Kane Concourse, Suite 205
Bay Harbor Islands, FL 33154
jonathan@woufferscohen.com
Office: (786) 505-0431
Fax: (786) 544-2619

*Local Counsel for Claimant:*



WWW.CSTLAWPR.COM
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
ndelnido@cstlawpr.com

*s/NATALIA E. DEL NIDO RODRÍGUEZ*
USDC-PR No. 301410