UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    **Plaintiff,**<br><br>        **v.**<br><br>2018 BUGATTI CHIRON (VIN#: VF9SP3V34JM795083),<br><br>    **Defendant In Rem,** | **Civil No: 3:23-CV-01392 (SCC)** |

## NOTICE OF PUBLICATION

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, through its undersigned attorneys, and respectfully states:

That on this date, plaintiff is filing with this Court an Advertisement Certification Report, Advertisement Copy, demonstrating that notice was published for thirty (30) consecutive days on www.forfeiture.gov, an official government internet site, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.

Notice was published for thirty (30) consecutive days from August 23, 2023, through September 21, 2023, as follows:

*Civil No: 3:23-CV-01392 (SCC)*

1) ASSET ID: 23-CBP-000316 - One (1) 2018 Bugatti Chiron VIN: VF9SP3V34JM795083.

In San Juan, Puerto Rico this 14th day of November of 2023.

                                              W. Stephen Muldrow
                                              United States Attorney

*/s/Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney – 218011
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Myriam.Y.Fernandez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date, November 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system.

*/s/Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney