UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v.<br><br>2018 BUGATTI CHIRON (VIN#: VF9SP3V34JM795083),<br>**Defendant** *In Rem* | CIVIL NO.: 23-1392 (SCC) |

**MOTION REQUESTING EXTENSION OF TIME**

TO THE HONORABLE COURT:

COMES NOW the United States of America, through the undersigned attorneys, and very respectfully states and prays as follows:

1. On October 5, 2023, counsel for Claimant filed a Motion to Dismiss the Complaint for Forfeiture *In Rem*. *See* ECF No. 24.

2. Given that Claimants can now review the contents of the unsworn declaration underlying the Verified Complaint, the United States request a short extension of 15 days to respond to the Motion to Dismiss in a manner that incorporates reference to the facts set forth in the unsworn declaration. This request is not meant to delay the matter unnecessarily.

[INTENTIONALLY BLANK]

CIVIL NO.: 23-1392 (SCC)

WHEREFORE, the United States respectfully requests this Honorable Court grant the extension of time herein requested.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st day of November 2023.

W. STEPHEN MULDROW
United States Attorney

*/s/ Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney – 218011
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Myriam.Y.Fernandez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 21st day of November 2023.

*/s/ Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney