IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>2018 BUGATTI CHIRON (VIN#: VF9SP3V34JM795083)<br>    Defendant *in Rem*. | Civil No.: 23-cv-1392 (SCC) |

**MOTION TO RESTRICT**

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, to inform that it filed a response to ECF No. 24 and 25, on this same date under the restriction level of Selected Parties, insofar as the response covers in detail the contents of ECF No. 3, which itself remains restricted to Selected Parties. In compliance with the Court's Standing Order No. 9, the United States submits that the referred restriction level is requested given the nature of the information discussed at ECF No. 3 and within the filed response as well.

WHEREFORE, the United States respectfully prays the Court allows that the response at ECF No. 32 remain under the requested restriction level.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 22nd of December 2023.

W. STEPHEN MULDROW
United States Attorney

*/s/Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney – 218011
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Myriam.Y.Fernandez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd of December 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy to the attorney of record.

*s/ Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez
Assistant U.S. Attorney