IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>  v.<br><br>2018 BUGATTI CHIRON (VIN#: VF9SP3V34JM795083)<br>    Defendant *In Rem*. | CIVIL NO.: 23-1392 (MDM) |

**UNITED STATES OF AMERICA'S MOTION TO RESTRICT**

TO THE HONORABLE COURT:

COMES NOW, the United States to file this Motion to Restrict in compliance with the Court's Standing Order No. 9, dated January 30, 2013, and requests that the Motion Submitting Affidavit be filed Selected Parties, as it contains sensitive information that should remain confidential and under that restriction level until further order of the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 15th day of August 2024.

W. Stephen Muldrow
United States Attorney

*/s/Myriam Y. Fernández-González*
Myriam Y. Fernández-González
Assistant United States Attorney – 218011
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656; Fax. (787) 771-4050
Email: Myriam.Y.Fernandez@usdoj.gov