IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff**<br><br>v.<br><br>2018 BUGATTI CHRION (VIN # VF9SP3V34JM795083),<br>**Defendant** *In Rem* | CIVIL NO.: 23-1392 (MDM) |

**UNITED STATES OF AMERICA'S MOTION TO RESTRICT**

TO THE HONORABLE COURT:

COMES NOW, the United States to set forth and request:

1. In compliance with the Court's Standing Order No. 9 (Amendment to the Restricted Filing and Viewing Levels Module), the United States requests that ECF No. 68 be allowed to remain restricted to Selected Parties insofar as it includes names of individuals and information that should at this time remain available only the Court and the parties.

WHEREFORE, the United States respectfully requests that the Court order that the pleading at ECF No. 68 be restricted as Selected Parties, limiting view to the parties

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 31st day of March 2025.

        W. Stephen Muldrow
        United States Attorney

        */s/Myriam Y. Fernández-González*
        Myriam Y. Fernández-González
        Assistant United States Attorney – 218011
        Torre Chardón, Suite 1201
        350 Carlos Chardón Street
        San Juan, Puerto Rico 00918
        Tel. (787) 766-5656; Fax. (787) 771-4050
        Email: Myriam.Y.Fernandez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 31st day of March 2025.

*S/Myriam Y. Fernandez-Gonzalez*
Myriam Y. Fernandez-Gonzalez
Assistant U.S. Attorney