**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**BUGATI CHIRON (VIN#:**<br>**VF9SP3V34JM795083),**<br>Defendants. | CIVIL NO. 23-1392 (MBA) |

## MOTION IN COMPLIANCE

Comes now Defendant, through the undersigned counsel, and respectfully states and prays as follows:

On July 7, 2025, the Court issued an order directing the parties to state their position by 5:00 p.m. today as to whether the conference should be vacated (Docket No. 79). In compliance with the Court's order, Defendant respectfully submits that vacating the status conference would be consistent with the requests to stay filed at Docket Nos. 65 and 78. Accordingly, Defendant asks that this Court vacate the status conference.

For the reasons state above, Defendant respectfully requests that this Court vacate the status conference.

**WE HEREBY CERTIFY** that on this date, the foregoing was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to counsel of record.

**RESPECTFULLY SUBMITTED** In San Juan, Puerto Rico, this 8th day of July 2025.

*Attorney for Defendant*



www.CSTLAWPR.com
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433

*s/VÍCTOR O. ACEVEDO-HERNÁNDEZ*
USDC-PR No. 227813
vacevedo@cstlawpr.com

2